# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-0463
Lower Tribunal No. 2015-CF-308-A-O

———————————————

VIRGILIO A. NIETO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

December 2, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and MIZE, JJ., concur.


Virgilio A. Nieto, Orlando, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED